**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
(973) 848-4000
*Counsel for Innovative Routines International, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYNCSORT INCORPORATED, | No. 2:10-cv-1170 |
| Plaintiff, | **Judge Walls** |
| vs. | |
| INNOVATIVE ROUTINES INTERNATIONAL, INC., | |
| Defendant. | |

### DEFENDANT'S UNNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE ITS <u>REPLY BRIEF</u> IN SUPPORT OF ITS MOTION TO DISMISS

Innovative Routines International, Inc. ("IRI"), moves for an order enlarging by one week the time in which IRI may file its reply brief in support of its motion to dismiss the complaint.

1. Plaintiff Syncsort Incorporated ("Syncsort") filed its complaint in this action on March 4, 2010.

2. On May 21, 2010, IRI filed a motion to dismiss the complaint.

3. On June 21, 2010, Syncsort filed its brief in opposition to IRI's motion to dismiss.

4. Because of the press of other matters, counsel for IRI has requested that counsel for Syncsort consent to IRI's having a one-week enlargement of the time for filing its reply brief.

5. Syncsort's counsel agreed.

6. Accordingly, IRI respectfully requests that the Court approve this request.[1]

Respectfully submitted,

**K&L GATES LLP**

Counsel for Defendant

Innovative Routines International, Inc.

 /s/  Mark D. Marino
Mark D. Marino (MDM – 7587)

*Of counsel:*

David R. Fine
Pa. Supreme Ct. No. 66742
K&L GATES LLP
17 North Second Street, 18th Floor
Harrisburg, PA  17101
(717) 231-4500

June 25, 2010

---

[1] IRI notes that the return date for the motion to dismiss is July 6, 2010, and that this request would require that the date be moved. However, IRI understands that the Court will likely not ask counsel to appear for oral argument on this motion in any event.

## **CERTIFICATE OF SERVICE**

I certify that, on June 25, 2010, I filed the attached document with the Court's ECF system such that the following should receive service automatically:

>Jeff H. Galloway, Esq.
>HUGHES HUBBARD & REED LLP
>One Battery Park Plaza
>New York, NY  10004

                                        /s/  Mark D. Marino
                                        Mark D. Marino (MDM – 7587)