IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYNCSORT INCORPORATED, | No. 2:10-cv-1170 |
| Plaintiff, | **Judge Walls** |
| *vs.* | |
| INNOVATIVE ROUTINES INTERNATIONAL, INC., | |
| Defendant. | |

## O R D E R

AND NOW, this _____ day of _____, upon consideration of the unopposed motion of Innovative Routines International, Inc. ("IRI"), for an enlargement of time to file a reply brief in support of its motion to dismiss, it is ordered that

1. The motion is granted.

2. IRI shall file its reply brief in support of its motion to dismiss on or before July 6, 2010.

_____
Walls, J.